UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

Shuman,

              Plaintiff,

      -against-

The Capital Markets Company LLC

             Defendants.

------------------------------------x

22 Civ. 5602 (LAP)

ORDER OF CONFERENCE

LORETTA A. PRESKA, Senior United States District Judge:

It is hereby

ORDERED that counsel are directed to appear via telephone on February 23, 2023 at 10:00 for an Initial Pretrial conference in the above action. The dial-in for the conference is (877) 402-9753, access code 6545179.

SO ORDERED.

_____
LORETTA A. PRESKA, Senior U.S.D.J.

Dated: 2/15/23

New York, New York