```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| RONALD SHUMAN,<br><br>            -against-<br><br>THE CAPITAL MARKETS COMPANY, LLC,<br><br>                          Defendant. | 22 CV 5602 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The conference currently scheduled for February 23, 2022 at 10:00 a.m. is adjourned sine die.

**SO ORDERED.**

Dated:    New York, New York
          February 21, 2023

                            _/s/ Loretta A. Preska_
                            LORETTA A. PRESKA
                            Senior United States District Judge